**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| LADONTA C. WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 1:06-CV-193 CAS |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. This case is a motion to vacate, correct or set aside sentence pursuant to 28 U.S.C. § 2255.

The docket indicates that on January 12, 2007 and January 16, 2007, documents which were mailed to petitioner by the Clerk of the Court were returned as undeliverable, marked "Return to Sender No Longer Inmate at Perry County Jail." [Doc. 6, 7] Subsequently, the United States filed its answer to the Section 2255 motion. The certificate of service on the government's response indicates that it was sent to petitioner at USP Pollock in Pollock, Louisiana.

Local Rule 2.06(B) of this Court provides,

> Every pro se party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address. If any mail to a pro se plaintiff or petitioner is returned to the Court without a forwarding address and the pro se plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

E.D. Mo. L.R. 2.06(B).

Although petitioner is apparently no longer being held at the Perry County Jail, he has not notified the Court of a change in his address as required by Local Rule 2.06(B). The Clerk of the

Court will be ordered to resend the returned documents to petitioner at the USP Pollock address, and petitioner will be ordered to file a notice of change of address within thirty (30) days of the date of this order, or this matter will be dismissed without prejudice for failure to comply with the local rule.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall resend the materials contained in Documents 6 and 7 to petitioner at the following address:

> LaDonta C. Williams
> Reg. No. 32564-044
> USP Pollock
> U.S. Penitentiary
> P.O. Box 2099
> Pollock, LA 71467

**IT IS FURTHER ORDERED** that petitioner shall have until **March 16, 2007** to file a written notice of his current address, or this matter will be dismissed without prejudice for failure to comply with Local Rule 2.06(B).

*/s/ Charles A. Shaw*
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  14th  day of February, 2007.